UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00560-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     CHRISTOPHER MICHAEL MANGUNO, and
2.     CHRISTINA SWAN MANGUNO,
      a/k/a "Christina Swan Reichert",

       Defendants.
_____

## ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIALS
_____

THE COURT has reviewed the Motion **(#21)** by the United States to Disclose Grand Jury Materials in the above-captioned case. Federal Rule of Criminal Procedure 6(e)(3)(F) provides that the Government may file this motion requesting disclosure *ex parte*. As grounds therefor, the Government has stated:

The Government has obtained testimony from one or more persons who may be called as trial witnesses. Early disclosure of this material may assist the defendants in preparing for trial.

Disclosure of pertinent portions of the Grand Jury transcripts may be in the best interests of justice. In the course of preparation for trial and during the conduct of certain pretrial matters and at trial it may be appropriate to disclose to the defense portions of the Grand Jury transcripts pertaining to certain witnesses for the limited purpose of preparing for and conducting trial. *See* 18 U.S.C. §3500 and Federal Rule

of Criminal Procedure 26.2, 16, 6(e)(3)(E)(I) and (e)(3)(F).

BEING now advised in the premises, the Court Finds, Concludes, and Orders the following:

The Motion is **GRANTED**. The United States Attorney's Office may disclose to the defense pertinent portions of the transcripts of witness(es)' testimony before the Grand Jury in the above captioned case after it has been determined by the Government that such witness will be called to testify at trial. The defense attorneys are to maintain control over the materials, keeping these in his or her confidential files and under the control of his or her confidential employees. The Court's Order here today permits pretrial disclosure of pertinent portions of the Grand Jury transcripts which would be disclosed pursuant to 18 U.S.C. §3500 or Federal Rules of Criminal Procedure 26.2 and 16.

The Grand Jury materials so disclosed are to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED this 7th day of December, 2010.

                                                **BY THE COURT:**

                                                _Marcia S. Krieger_ (signature)

                                                Marcia S. Krieger
                                                United States District Judge